RECEIVED

JUL 0 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RANDY PAUL DAVIS (#581779)          DOCKET NO. 15-cv-1433; SEC. P

VERSUS                              JUDGE WALTER

WARDEN                              MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be dismissed without prejudice for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 5 day of _____, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA